EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Jorge Santos Santiago | 2007 TSPR 222 <br><br> 172 DPR \_\_\_\_ |

Número del Caso: TS-2740

Fecha: 13 de diciembre de 2007

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías

Materia: Baja voluntaria del ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

TS-2740

Jorge Santos Santiago

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de diciembre de 2007.

Atendida la Moción en contestación a resolución presentada por el Colegio de Abogados de Puerto Rico, se autoriza la baja voluntaria del ejercicio de la abogacía del Lcdo. Jorge Santos Santiago.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo